Daniel Lammie (Bar No. 345838)
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 2400
San Antonio, TX 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450
Daniel.lammie@haynesboone.com

Letitia Johnson-Smith (Bar No. 355642)
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
Letitia.johnson-smith@haynesboone.com

Brent R. Owen (Bar No. 45068)
HAYNES AND BOONE, LLP
675 15th Street, Suite 2200
Denver, CO 80202
T: (303) 382-6200
F: (303) 382-6210
Brent.owen@haynesboone.com
**[PRO HAC VICE**

Attorneys for Defendant
TARGET CORPORATION

Valter Malkhasyan (Bar No. 348491)
Erik Pogosyan (Bar No. 345650)
MALK & POGO LAW GROUP, LLP
1241 S. Glendale Ave., Suite 204
Glendale, CA 91205
Telephone: (818) 484-5204
Facsimile: (818) 824-5144
valter@malkpogolaw.com
erik@malkpogolaw.com

Attorneys for Plaintiff
VIGEN TOVMASYAN AND THE PROPOSED CLASS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02314-MRA-KS<br><br>Assigned to District Judge:<br>Hon. Monica Ramirez Almadani<br><br>**JOINT STIPULATION REQUESTING THE FIRST CONTINUANCE OF THE SCHEDULING CONFERENCE**<br><br>DATE:           June 30, 2025<br>TIME:           1:30 p.m.<br>COURTROOM:  10B |

**TO THE HONORABLE COURT:**

Plaintiff Vigen Tovmasyan ("Plaintiff") and Defendant Target Corporation ("Defendant") (collectively, the "Parties") agree to the terms set forth herein for purposes of Requesting the First Continuance of the Scheduling Conference in the above-captioned action ("Agreement").

WHEREAS, Defendant removed this matter to federal court on March 14, 2025 (ECF No. 1) and on March 17, 2025 it was assigned to Judge Almadani (ECF No. 5).

WHEREAS, on May 6, 2025, the Court issued an order (ECF No. 24) setting the Scheduling Conference pursuant to Rule 16(b) of the Federal Rules of Civil Procedure (the "Rules") for June 30, 2025, and ordering the parties to file a Joint Rule 26(f) Report by June 16, 2025.

WHEREAS, due to a pre-existing scheduling conflict, Lead Trial Counsel for Defendant is unavailable for the Scheduling Conference presently set for June 30, 2025.

WHEREAS, to permit Defendant's Lead Trial Counsel to attend the Scheduling Conference, the Parties have conferred and agree that, in light of the conflict, the Parties request their first continuance of the Scheduling Conference.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record herein, that:

1. In the interest of judicial economy, the Parties request their first continuance of the Scheduling Conference on calendar for June 30, 2025 to July 7, 2025, or any subsequent date at the Court's convenience.

2. The Parties will meet and confer no later than June 9, 2025 as required by Rule 26(f).

3. The Parties will file their Joint Rule 26(f) Report no later than June 16, 2025.

**IT IS SO STIPULATED**.

Date: May 28, 2025   HAYNES AND BOONE, LLP

By: */s/ Brent Owen*
Brent Owen
Letitia Johnson Smith
Attorneys for Defendant
TARGET CORPORATION

Date: May 28, 2025   MALK & POGO LAW GROUP, LLP

By: */s/ Valter Malkhasyan*
Valter Malkhasyan
Erik Pogosyan
Attorneys for Plaintiff
VIGEN TOVMASYAN AND THE PROPOSED CLASS

## CM/ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing thereof.

DATED: May 28, 2025   By: */s/ Letitia Johnson-Smith*
Letitia Johnson Smith