UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 25-2314-MRA (KS)                                    Date: July 11, 2025

Title       *Vigen Tovmasyan v. Target Corporation et al*

Present: The Honorable:    Karen L. Stevenson, Chief U.S. Magistrate Judge

|  G. Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  N/A         Attorneys Present for Defendants:  N/A

**Proceedings:   (IN CHAMBERS) ORDER RE: STIPULATION FOR PROTECTIVE ORDER [DKT. NO. 31]**

The Court is in receipt of the parties' Stipulation for Protective Order filed by Defendant Target Corporation on July 10, 2025 ("SPO"). (Dkt. No. 31.)  However, Chief Magistrate Judge Stevenson's posted procedures provide as follows: "All proposed orders approving stipulated protective orders must be submitted (1) in Word format, and (2) including the full text of the stipulated protective order and the signatures of all stipulating counsel."

Accordingly, the parties are encouraged to thoroughly review the procedures on Judge Stevenson's webpage.[1]  Additionally, the parties must email a complete Word version of the SPO to the Magistrate Judge's chambers by **no later than Friday, July 18, 2025**.  The parties are also reminded that they will receive expedited consideration if they provide a red-lined comparison between the form SPO on the Court's website and their SPO.  If the parties fail to comply with this Order, the SPO will be denied.

**IT IS SO ORDERED.**

                                                                                                              :
                                                                        **Initials of Preparer**    gr

---

[1] Chief Magistrate Judge Stevenson's procedures are available at http://www.cacd.uscourts.gov/honorable-karen-l-stevenson.