Daniel Lammie (Bar No. 345838)
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 2400
San Antonio, TX 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450
Daniel.lammie@haynesboone.com

Letitia Johnson-Smith (Bar No. 355642)
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
Letitia.johnson-smith@haynesboone.com

Brent R. Owen (Bar No. 45068)
Allison Regan (Bar No. 61960)
HAYNES AND BOONE, LLP
675 15th Street, Suite 2200
Denver, CO 80202
T: (303) 382-6200
F: (303) 382-6210
Brent.owen@haynesboone.com
Allison.Regan@haynesboone.com
**[PRO HAC VICE]**

Attorneys for Defendant
Es, stay out, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02314-MRA-KS<br><br>Assigned to District Judge:<br>Hon. Monica Ramirez Almadani<br>Courtroom: 9B, 9th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S <u>UNOPPOSED</u> APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S <u>UNOPPOSED</u> APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

The Court, having considered Defendant Target Corporation's ("Target") Application for Leave to File Under Seal Portions of Exhibits in Support of Defendant's Motion for Summary Judgment and the Declaration of Brent R. Owen in support of the Application, and finding that compelling reasons exist, it is hereby ORDERED that the Application is GRANTED.

IT IS FURTHER ORDERED that the following documents or portions thereof should be filed under seal.

**EXHIBITS TO BE FILED UNDER SEAL**

| Document Title | Party Claiming Confidentiality | Portions Sought to be Sealed |
|---|---|---|
| Exhibit H: Internal Compliance Management: Target_00000189 through Target_00000193 | Target Corporation | Highlighted portions on the following pages: Target_00000189 Target_00000190 Target_00000191 Target_00000192 Target_00000193 |
| Exhibit K: Internal Compliance Management: Target_00000344 through Target_00000348 | Target Corporation | Highlighted portions on the following pages: Target_00000344 Target_00000345 Target_00000346 Target_00000347 Target_00000348 |

[PROPOSED] ORDER GRANTING DEFENDANT TARGET CCORPORATION'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

**IT IS SO ORDERED.**


Dated:_____          _____
                                        The Honorable Monica Ramirez Almadani
                                        United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT TARGET CCORPORATION'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  I am employed with the law offices of Haynes and Boone, LLP and my business address is 600 Anton Blvd., Suite 700, Costa Mesa, California 92626.

On **January 30, 2026**, I served the document(s) listed below on the interested party in this action by serving a true copy thereof on the individuals below, as indicated: **[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| MALK & POGO LAW GROUP, LLP<br>Valter Malkhasyan, Esq.<br>Erik Pogosyan. Esq.<br>1241 S. Glendale Ave., Suite 204<br>Glendale, CA 91205 | T: (818) 484-5205<br>F: (818) 824-5144<br>valter@malkpogolaw.com<br>erik@malkpogolaw.com<br>anaida@malkpogolaw.com<br>marianna@malkpogolaw.com<br><br>Attorneys for Plaintiff,<br>VIGEN TOVMASYAN |
| --- | --- |

☐    (**BY FEDERAL EXPRESS)** I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery by Federal Express.  Under that practice, such document was deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒    **(BY ELECTRONIC DELIVERY)** I served a true and correct copy of such document by electronic delivery to the email addresses listed above per the agreement of the parties pursuant to Federal Rule of Civil Procedure 5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2026, at Costa Mesa, California.

*/s/ Carrie L. Gagne*
Carrie L. Gagne

- 1 -