# EXHIBIT H

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT**

7

# EXHIBIT 7

## Header

| | |
|---|---|
| Spec Name: | Taco Dip |
| Spec No.: | 26000 |
| Version: | 4 |
| Status: | Superseded |
| Specification Type: | Pre-packed Food |

## MAIN DETAILS

### Main Details

| | |
|---|---|
| Business Category: | 216-33 Entertaining |
| States where item cannot be sold: | - |
| Product &/or Package Type: | - |
| Not Required: | - |
| Brand Type: | Own Label |
| Brand: | Good & Gather |
| Product Type: | RTE |
| Not Required: | - |
| Legislation: | US |

### Product Coverage

| Product Name | Net Quantity | DPCI |
|---|---|---|
| Taco Dip | 12 oz | 216330052 |

### Key Dates

| | |
|---|---|
| First Production Review Date: | 9/24/23 |
| Out Of Store Date: | 11/3/24 |
| Seasonal Product: | No |
| Season: | - |
| Set Date: | 9/24/23 |
| Actual Set Date: | 9/24/23 |
| Review Date: | 4/5/26 |

### Vendor Details

| | |
|---|---|
| Vendor Product Reference: | - |
| Source: | Target Brand Compliance |

| Business Partner ID | Vendor Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|
| ▮▮▮ | Elevation Foods | 1600 Harris Road | - | | | | |

### Primary Facilities

| Facility Code | Facility Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|
| ▮▮▮ | Elevation Foods | 1600 Harris Rd. | - | | Knoxville | Tennessee | United States | 37924 |

### Secondary Facilities

| Facility Code | Facility Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|

### Vendor Contacts

| Name | Phone | Email |
|---|---|---|
| Halia Walrond | ▮▮▮ | ▮▮▮ |

### Target Contacts

| Role | Name |
|---|---|
| Product Administrator | Maryjane Bjorklund |
| Labeling & Regulatory Compliance | Courtney Jacobson |
| Product Development Scientist | Sara Herman |

### Temporary Specifications

| Effective From | Effective To | Status | Products Affected |
|---|---|---|---|

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY                    TARGET_00000189

## Specification History

**History From Previous Versions:**

| Commenter | Comments | Version | Date |
|---|---|---|---|
| Vendor | ███████████ | 3 | 5/8/23 |
| Package Engineer | ████████████ | 3 | 7/24/23 |
| Labeling & Regulatory Compliance | - | 2 | 4/7/21 |
| Package Engineer | ██████████ | 2 | 8/5/21 |
| Package Engineer | █████████ | 1 | 11/15/19 |

| Commenter | Comments | Version | Date |
|---|---|---|---|
| Vendor | Update recipe - adding cream cheese | 4 | 9/19/23 |

## Final Approval

| | |
|---|---|
| Vendor Approver: | Halia Walrond |
| Target Approver: | Maryjane Bjorklund |
| Vendor Approver's Job Title: | Regulatory Supervisor |
| Target Approver's Job Title: | Sr PDS |
| Vendor Approved Date: | 4/4/24 |
| Target Approved Date: | 4/5/24 |

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY    TARGET_00000190

**FORMULA AND RAW MATERIALS**



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**FORMULA AND RAW MATERIALS**



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY       TARGET_00000191

## Ingredients

**Ingredients List:**

**INGREDIENTS:** sour cream (CULTURED CREAM), Cream Cheese (PASTEURIZED MILK, PASTEURIZED CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), medium salsa (TOMATOES, TOMATO JUICE, ONION, BELL PEPPERS, SALT, VINEGAR, DEHYDRATED GARLIC, MODIFIED FOOD STARCH, CITRIC ACID, SPICES), seasoning blend (YELLOW CORN FLOUR, SALT, MALTODEXTRIN, PAPRIKA, SPICES, MODIFIED CORN STARCH, SUGAR, GARLIC POWDER, CITRIC ACID, YEAST EXTRACT, ONION POWDER, RED PEPPER), Jalapeno Peppers (GREEN JALAPENO PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE), NATURAL FLAVORS, NISIN PREPARATION, XANTHAN GUM.

## Comments

**Comments:**    -

## Raw Materials

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

TARGET_00000192

% of Net Quantity:

## Declarations

### Statements

| | |
|---|---|
| Ingredients List: | **INGREDIENTS:** sour cream (CULTURED CREAM), Cream Cheese (PASTEURIZED MILK, PASTEURIZED CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), medium salsa (TOMATOES, TOMATO JUICE, ONION, BELL PEPPERS, SALT, VINEGAR, DEHYDRATED GARLIC, MODIFIED FOOD STARCH, CITRIC ACID, SPICES), seasoning blend (YELLOW CORN FLOUR, SALT, MALTODEXTRIN, PAPRIKA, SPICES, MODIFIED CORN STARCH, SUGAR, GARLIC POWDER, CITRIC ACID, YEAST EXTRACT, ONION POWDER, RED PEPPER), Jalapeno Peppers (GREEN JALAPENO PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE), NATURAL FLAVORS, NISIN PREPARATION, XANTHAN GUM. |
| Ingredients List on Pack?: | Yes |
| On-Pack Ingredients: | **INGREDIENTS:** SOUR CREAM (CULTURED CREAM), CREAM CHEESE (PASTEURIZED MILK AND CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), MEDIUM SALSA (TOMATOES, TOMATO JUICE, ONION, BELL PEPPERS, SALT, VINEGAR, DEHYDRATED GARLIC, MODIFIED FOOD STARCH, CITRIC ACID, SPICES), SEASONING BLEND (YELLOW CORN FLOUR, SALT, MALTODEXTRIN, PAPRIKA, SPICES, MODIFIED CORN STARCH, SUGAR, GARLIC POWDER, CITRIC ACID, YEAST EXTRACT, ONION POWDER, RED PEPPER), JALAPEÑO PEPPERS (GREEN JALAPEÑO PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE), NATURAL FLAVORS, NISIN PREPARATION (TO PRESERVE QUALITY), XANTHAN GUM.<br><br>Recipe Last Re-calculation: -<br>THE ON-PACK INGREDIENTS FIELD WAS UPDATED THE LAST TIME THE RECIPE WAS CALCULATED |
| Do Not Calculate On-Pack Ingredients: | - |
| Not Required: | Text |
| Legal Labeling Statements: | Text |

### Not Required

- -

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

TARGET_00000193