# EXHIBIT K

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## Header

| | |
|---|---|
| Spec Name: | Spinach Artichoke Dip |
| Spec No.: | 25978 |
| Version: | 4 |
| Status: | Active |
| Specification Type: | Pre-packed Food |

  

## MAIN DETAILS

### Main Details

| | |
|---|---|
| Business Category: | 216-33 Entertaining |
| States where item cannot be sold: | - |
| Product &/or Package Type: | Designed for Target (Exclusive) |
| Not Required: | - |
| Brand Type: | Own Label |
| Brand: | Good & Gather |
| Product Type: | RTE |
| Not Required: | - |
| Legislation: | US |

### Product Coverage

| Product Name | Net Quantity | DPCI |
|---|---|---|
| Spinach Artichoke Dip | 12 oz | 216330138 |

### Key Dates

| | |
|---|---|
| First Production Review Date: | 12/7/23 |
| Out Of Store Date: | - |
| Seasonal Product: | No |
| Season: | - |
| Set Date: | 12/31/23 |
| Actual Set Date: | 12/31/23 |
| Review Date: | 2/10/27 |

### Vendor Details

| | |
|---|---|
| Vendor Product Reference: | - |
| Source: | Target Brand Compliance |

| Business Partner ID | Vendor Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|
| ▇▇▇ | Elevation Foods | 1600 Harris Road | - | ▇▇▇ | ▇▇▇ | ▇▇▇ | |

### Primary Facilities

| Facility Code | Facility Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|
| ▇▇▇ | Elevation Foods - Danvers | 144 PINE ST | - | DANVERS | Massachusetts | United States | 01923 |
| ▇▇▇ | Elevation Foods | 1600 Harris Rd. | - | Knoxville | Tennessee | United States | 37924 |

### Secondary Facilities

| Facility Code | Facility Name | Address 1 | Address 2 | Address 3 | Address 4 | Country | Zip Code |
|---|---|---|---|---|---|---|---|

### Vendor Contacts

| Name | Phone | Email |
|---|---|---|
| Halia Walrond | ▇▇▇ | ▇▇▇ |

### Target Contacts

| Role | Name |
|---|---|
| Product Administrator | Maryjane Bjorklund |
| Labeling & Regulatory Compliance | Courtney Jacobson |
| Product Development Scientist | Sara Herman |

### Temporary Specifications

| Effective From | Effective To | Status | Products Affected |
|---|---|---|---|

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY    TARGET_00000344

## Specification History

**History From Previous Versions:**

| Commenter | Comments | Version | Date |
|---|---|---|---|
| Package Engineer | ████████ | 3 | 8/7/23 |
| Vendor | ██████████ | 3 | 5/10/23 |
| Labeling & Regulatory Compliance | - | 2 | 10/31/22 |
| Package Engineer | ████████ | 2 | 1/25/23 |
| Package Engineer | █████ | 1 | 11/15/19 |

| Commenter | Comments | Version | Date |
|---|---|---|---|
| Vendor | Label claim revision | 4 | 4/30/24 |
| Package Engineer | Lynn Hyldon | 4 | 7/10/24 |

## Final Approval

| | |
|---|---|
| Vendor Approver: | Halia Walrond |
| Target Approver: | Maryjane Bjorklund |
| Vendor Approver's Job Title: | Regulatory Compliance Supervisor |
| Target Approver's Job Title: | Sr PDS |
| Vendor Approved Date: | 10/31/24 |
| Target Approved Date: | 2/10/25 |

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

TARGET_00000345

**FORMULA AND RAW MATERIALS**



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## Ingredients

Ingredients List:

**INGREDIENTS:** Artichokes (ARTICHOKES, WATER, SALT, CITRIC ACID, ASCORBIC ACID), cream cheese (PASTEURIZED MILK, PASTEURIZED CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), SPINACH, sour cream (CULTURED CREAM), mayonnaise (SOYBEAN OIL, EGG YOLK, WATER, DISTILLED VINEGAR, SUGAR, SALT, MUSTARD FLOUR), mozzarella cheese (PASTEURIZED PART-SKIM MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE), NATURAL FLAVORS, feta cheese (PASTEURIZED PART-SKIM MILK, CHEESE CULTURES, PASTEURIZED MILK, SALT, ENZYMES, RENNET, POWDERED CELLULOSE), parmesan cheese (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE), SALT, GRANULATED GARLIC, NISIN PREPARATION, SPICES.

## Comments

Comments: -

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY TARGET_00000347

Declarations

**Statements**

| | |
|---|---|
| Ingredients List: | **INGREDIENTS:** Artichokes (ARTICHOKES, WATER, SALT, CITRIC ACID, ASCORBIC ACID), cream cheese (PASTEURIZED MILK, PASTEURIZED CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), SPINACH, sour cream (CULTURED CREAM), mayonnaise (SOYBEAN OIL, EGG YOLK, WATER, DISTILLED VINEGAR, SUGAR, SALT, MUSTARD FLOUR), mozzarella cheese (PASTEURIZED PART-SKIM MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE), NATURAL FLAVORS, feta cheese (PASTEURIZED PART-SKIM MILK, CHEESE CULTURES, PASTEURIZED MILK, SALT, ENZYMES, RENNET, POWDERED CELLULOSE), parmesan cheese (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE), SALT, GRANULATED GARLIC, NISIN PREPARATION, SPICES. |
| Ingredients List on Pack?: | Yes |
| On-Pack Ingredients: | **INGREDIENTS:**ARTICHOKES (ARTICHOKES, WATER, SALT, CITRIC ACID, ASCORBIC ACID), CREAM CHEESE (PASTEURIZED MILK AND CREAM, CHEESE CULTURE, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM), SPINACH, SOUR CREAM (GRADE A CULTURED CREAM), MAYONNAISE (SOYBEAN OIL, EGG YOLKS, WATER, DISTILLED VINEGAR, SUGAR, SALT, MUSTARD FLOUR), MOZZARELLA CHEESE (PASTEURIZED PART SKIM MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE [TO PREVENT CAKING]), NATURAL FLAVORS, FETA CHEESE (PASTEURIZED MILK AND SKIM MILK, SALT, ENZYMES, RENNET, POWDERED CELLULOSE [TO PREVENT CAKING]), PARMESAN CHEESE (PASTEURIZED MILK, CHEESE CULTURES, SALT, ENZYMES, POWDERED CELLULOSE [TO PREVENT CAKING]), SALT, GRANULATED GARLIC, NISIN PREPARATION (TO PRESERVE QUALITY), SPICES.<br><br>Recipe Last Re-calculation: -<br>THE ON-PACK INGREDIENTS FIELD WAS UPDATED THE LAST TIME THE RECIPE WAS CALCULATED |
| Do Not Calculate On-Pack Ingredients: | - |
| Not Required: | Text |
| Legal Labeling Statements: | Text |

**Not Required**

-  -

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY    TARGET_00000348