Daniel Lammie (Bar No. 345838)
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 2400
San Antonio, TX 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450
Daniel.lammie@haynesboone.com

Letitia Johnson-Smith (Bar No. 355642)
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
Letitia.johnson-smith@haynesboone.com

Brent R. Owen (Bar No. 45068)
Allison Regan (Bar No. 61960)
HAYNES AND BOONE, LLP
675 15th Street, Suite 2200
Denver, CO 80202
T: (303) 382-6200
F: (303) 382-6210
Brent.owen@haynesboone.com
Allison.Regan@haynesboone.com
**[PRO HAC VICE]**

Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02314-MRA-KS<br><br>Assigned to District Judge:<br>Hon. Monica Ramirez Almadani<br><br>**DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br><u>Hearing</u><br>Date:        April 14, 2026<br>Time:        10:00 a.m.<br>Courtroom:  9B |

## A. Background and Alleged Basis of Claims.

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 1. As part of its business model, Target provides groceries to its customers, including, among other various offerings, the four Good and Gather Dip Products (the "Products") at issue in this litigation.<br><br>Evidence: Declaration of Letitia Johnson-Smith ("Johnson-Smith Decl."), ¶ 3, Ex. B (Target Resp. to Interrog. No. 1-2.) | |
| 2. Mr. Tovmasyan alleged he purchased several flavors of the Products throughout the relevant time period, specifically identifying that he purchased the following flavors: Cranberry Jalapeno Dip, Taco Dip, Tzatziki Yogurt Dip, and Spinach Artichoke Dip.<br><br>Evidence: Johnson-Smith Decl., ¶ 1, Ex. A (ECF No. 1-1, Compl. ¶ 5, 10.) | |
| 3. The complaint alleges the front label on these Products state "**No Artificial** | |

- 1 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| **Colors, Flavors, or Preservatives**", which Plaintiff defines as the "Challenged Representation."<br><br>Evidence: Johnson-Smith Decl., ¶ 1, Ex. A (ECF No. 1-1, Compl. ¶ 2; *see also* Compl. ¶¶ 6-9.) | |
| 4. The complaint also includes depictions of the front labels of the Products, which show a different representation of "**No Artificial Flavors, Preservatives or Synthetic Colors**."<br><br>Evidence: Johnson-Smith Decl., ¶ 1, Ex. A (ECF No. 1-1, Compl. ¶ 5.) | |
| 5. In response to an Interrogatory, Mr. Tovmasyan testifies that the representation on the Products he challenges is "the "No Artificial Flavors, Preservatives, or Synthetic Colors" representation. | |

- 2 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 4, Ex. C (Pl. Resp. to Interrogatory No. 2.) | |
| 6. Mr. Tovmasyan alleges Target falsely and deceptively advertised the Products to consumers because, contrary to the Challenged Representation, the Products contained citric acid which he contends is an artificial preservative-acting ingredient used in food products.<br><br>Evidence: Johnson-Smith Decl., ¶ 1, Ex. A (ECF No. 1-1, Compl. ¶ 3, 6-9, 20.) | |
| 7. Based on these allegations, Mr. Tovmasyan asserts the following claims on behalf of himself, an individual, and in a representative capacity on behalf of a Nationwide Class and California Subclass: (a) violations of California's Consumer Legal Remedies Act, California Civil Code § 1750, et seq. ("CLRA"), (b) violations of California's Unfair | |

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Competition Law, California Business and Professions Code § 17200, et seq.("UCL"), (c) violations of California's False Advertising Law California Business and Professions Code § 17500, et seq. ("FAL"), (d) breach of express warranty, (e) unjust enrichment, (f) common law fraud, (g) intentional misrepresentation, and (h) negligent misrepresentation.<br><br>Evidence: Johnson-Smith Decl., ¶ 1, Ex. A (*see generally* ECF No. 1-1, Compl.) | |

### B.    Mr. Tovmasyan's admissions regarding unpurchased products.

| | |
|---|---|
| 8. Mr. Tovmasyan admitted that he never purchased the Cranberry Jalapeño Dip.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 40:7-10.) | |
| 9. He further admitted that he never purchased the Taco Dip. | |

- 4 -

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 40:11-14.) | |

**C.    Mr. Tovmasyan's admissions regarding other products (yogurt and spinach).**

| | |
|---|---|
| 10. Mr. Tovmasyan testified he purchased the Spinach Artichoke Dip.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 36:6-25.) | |
| 11. Mr. Tovmasyan's most recent purchase was Spinach Artichoke Dip in September 2024 from the Target store in Los Angeles, California.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 46:14-24.) | |
| 12. Mr. Tovmasyan testified that he purchased the Spinach Artichoke Dip because of the container's color, its smaller size, his preference for spinach artichoke dip, and the Challenged Representation. | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED
FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
| --- | --- |
| Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 50:4-51:24.) | |
| 13. He paid approximately $5 for the Spinach Artichoke Dip.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 46:22-24.) | |
| 14. Mr. Tovmasyan also testified he purchased a "yogurt dip" at some point.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 36:6-22; 40:13-14; 52:8-16; 95:13-19.) | |
| 15. When asked what he remembered about purchasing a "yogurt dip", Mr. Tovmasyan testified "…it looked like it would taste good"<br>Q So if you can't remember the name on the label of the yogurt dip that you claim that you bought, then **you don't remember why you bought it; is that right?**<br>. . . . | |

- 6 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| WITNESS: **I just bought it because I just wanted to eat that right in the moment.** <br> BY MS. REGAN: <br> Q. I'm sorry, could you repeat that answer? <br> A. Yeah, I just bought it. I just wanted to eat it in the moment, it looked good to me, so I bought it. <br> Q. You wanted the yogurt dip in the moment? <br> A. Yeah. <br> Q. You thought it looked like it would taste good – <br> A. Yes. <br> Q. Is that right? <br> A. Yes. <br> Q. And you have a specific recollection that you did like the taste; is that right? <br> A. Yeah, it was good. <br><br> Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 97:24- | |

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 98:22) (objections omitted; emphasis added). | |
| 16. He paid approximately $5 for the "yogurt dip". Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 53:24-54:5.) | |

**D.     The products are not substantially similar.**

| | |
|---|---|
| 17. The Cranberry Jalapeno Dip container includes a bright pink label, with white text, as well as imagery depicting the specific contents. Evidence: Johnson-Smith Decl., ¶ 5, Ex. D (Deposition Transcript of Target Corporate Representative (Jacobson, C.) ("Target Dep. Tr.") at 26:1-2; *id.*, Ex. 3 of Target Dep. Tr.) | |
| 18. The ingredients of the Cranberry Jalapeno Dip as of approximately September 2023, were as follows: 1. CREAM CHEESE (PASTEURIZED MILK AND CREAM, CHEESE CULTURE, | |

- 8 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| SALT,  GUAR GUM, CAROB BEAN GUM, XANTHAN GUM); 2. SOUR CREAM (GRADE A CULTURED CREAM); 3. DRIEDCRANBERRIES (CRANBERRIES, SUGAR, NON-HYDROGENATED SUNFLOWER OIL); 4. JALAPEÑO PEPPERS (JALAPEÑO PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE); 5. WHITE CHEDDAR CHEESE (CULTURED PASTEURIZED MILK, SALT, ENZYMES, POWDERED CELLULOSE [TO PREVENT CAKING]); 6. NATURAL FLAVORS; 7. SUGAR; 8. SALT; 9. GRANULATED GARLIC; 10. LEMON JUICE CONCENTRATE; 11. ONION POWDER; | |

- 9 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 12. NISIN PREPARATION (TO PRESERVE QUALITY); 13. SPICE; 14. CITRIC ACID; 15. XANTHAN GUM.<br><br>Evidence: Johnson-Smith Decl., ¶ 6, Ex. E (Target_000019) | |
| 19. The ingredients of the Cranberry Jalapeno Dip changed between January 2021- January 2025, including changes to the white cheddar cheese ingredient, such as the addition of sub-ingredient powdered cellulose (to prevent caking).<br><br>Evidence: Johnson-Smith Decl., ¶¶ 6-7, (*Compare* Ex. F, (Target_00023) *with* Ex. E, (Target_00019).) | |
| 20. The Taco Dip container includes a yellow label, with dark text, and imagery depicting its specific contents. | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 5, Ex. D (Target Dep. Tr. 26:7-8; *id.*, Ex. 3 of Target Dep. Tr.) | |
| 21. The ingredients of the Taco Dip as of approximately September 2023 were as follows: 1. SOUR CREAM (CULTURED CREAM); 2. CREAM CHEESE (PASTEURIZED MILK AND CREAM, CHEESE CULTURES, SALT, GUAR GUM, CAROB BEAN GUM, XANTHAN GUM); 3. MEDIUM SALSA (TOMATOES, TOMATO JUICE, ONION, BELL PEPPERS, SALT, VINEGAR, DEHYDRATED GARLIC, MODIFIED FOOD STARCH, CITRIC ACID, SPICES); 4. SEASONING BLEND (YELLOW CORN FLOUR, SALT, MALTODEXTRIN, PAPRIKA, SPICES, MODIFIED CORN STARCH, SUGAR, GARLIC POWDER, CITRIC ACID, YEAST | |

- 11 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| EXTRACT, ONION POWDER, RED PEPPER); 5. JALAPEÑO PEPPERS (GREEN JALAPEÑO PEPPERS, WATER, VINEGAR, SALT, CALCIUM CHLORIDE); 6. NATURAL FLAVORS, NISIN PREPARATION (TO PRESERVE QUALITY); 7. XANTHAN GUM. Evidence: Johnson-Smith Decl., ¶ 8, Ex. G (Target_00050) | |
| 22. The Taco Dip ingredients changed over time, including the addition of cream cheese and sub-ingredients of same between 2021 and 2023. Evidence: Johnson-Smith Decl., ¶ 9, Ex. H ((Target_000189 - Dep Ex 7); *compare* Ex. G, (Target_00050).) | |
| 23. The Tzatziki Dip identified in the complaint includes a teal label, with white text, and imagery depicting its specific contents. | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 5, Ex. D (Target Dep. Tr. at 26:16-18; *id.*, Ex. 3 of Target Dep. Tr.) | |
| 24. The ingredients of the Tzatziki Dip as of approximately March 2022, were as follows: 1. YOGURT (SKIM MILK, CREAM, SKIM MILK POWDER, MODIFIED CORN STARCH, BACTERIAL CULTURES); 2. SOUR CREAM (MILK, CREAM, NONFAT DRY MILK, BACTERIAL CULTURE, MICROBIAL ENZYME); 3. CUCUMBER; 4. CANOLA OIL; 5. SALT; 6. MODIFIED CORN; 7. STARCH; 8. VINEGAR; 9. GARLIC; 10. CITRIC ACID; 11. DILL. | |

- 13 -

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 10, Ex. I (Target_00070) | |
| 25. The Spinach Artichoke Dip container includes a lime green label, with white text, and imagery depicting its specific contents.<br><br>Evidence: Johnson-Smith Decl., ¶ 5, Ex. D (Target Dep. Tr. at 25:13-16; *id.*, Ex. 3 of Target Dep. Tr.) | |
| 26. The ingredients of the Spinach Artichoke Dip as of approximately February 2023, were as follows: 1. ARTICHOKES (ARTICHOKES, WATER, SALT, CITRIC ACID, ASCORBIC ACID); 2. CREAM CHEESE (PASTEURIZED MILK AND CREAM, CHEESE CULTURE, SALT, STABILIZERS [CAROB BEAN AND/OR XANTHAN AND/OR GUAR GUMS]); 3. SPINACH; 4. SOUR CREAM (GRADE A CULTURED CREAM); | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 5. MAYONNAISE (SOYBEAN OIL, EGG YOLKS, WATER, DISTILLED VINEGAR, SUGAR, SALT, MUSTARD FLOUR); <br> 6. MOZZARELLA CHEESE (CULTURED PASTEURIZED MILK, SALT, ENZYMES); <br> 7. NATURAL FLAVORS; <br> 8. FETA CHEESE (PASTEURIZED PART-SKIM MILK, CHEESE CULTURE, SALT, ENZYMES); <br> 9. PARMESAN CHEESE (CULTURED PASTEURIZED MILK, SALT, ENZYMES); <br> 10. SALT; <br> 11. GRANULATED GARLIC; <br> 12. SPICES; <br> 13. NISIN PREPARATION (TO PRESERVE QUALITY). <br><br> Evidence: Johnson-Smith Decl., ¶ 11, Ex. J (Target_00030) | |
| 27. The ingredients of the Spinach Artichoke Dip changed over time, including alteration to the stabilizer | |

- 15 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| sub-ingredients of the cream cheese ingredient and alterations to the type of sour cream used.<br><br>Evidence: Johnson-Smith Decl., ¶¶ 11-12, (*compare* Ex. J, (Target_00030) *with* Ex. K, (Target_000344).) | |

### E.    Other Admissions by Mr. Tovmasyan

| | |
|---|---|
| 28. Approximately one week after purchasing the Spinach Dip in September 2024, Mr. Tovmasyan watched a two-minute online video discussing, in general, additives, preservatives, and food coloring, and noted that citric acid is sometimes a preservative-acting ingredient in consumer food products.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 70:19-74:14.) | |
| 29. Mr. Tovmasyan testified:<br>      Q. What was the video you saw<br>      about additives? | |

- 16 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| A. It was just giving, like, a warning that, you know, how like some companies advertise foods, they say it's healthy and stuff, but it contains, like, preservatives, citric acid, or artificial flavorings, and that -- seeing that video, I was thinking to myself I just got something like that, and that's when I looked at the back of the package. … Q. I think I heard you say earlier that the video specifically referenced citric acid; is that right? A. Yes. Not specifically, it just talked about a lot of things, and it also said citric acid a couple times, so I was, like, okay, let me look into it. Q. So the video did mention citric acid specifically? A. Yes. Yes. | |

- 17 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Q. What else did the video mention?<br><br>A. About colorings, and I don't remember what else, honestly. It was information about food coloring also.<br><br>…<br><br>Q. What else did the video say about citric acid?<br><br>A. It said that it's a preservative. It's artificial. It's not good for the human body.<br><br>Q. The video said that preservatives are not good for the human body; is that right?<br><br>A. Yeah, preservatives, additives, artificial colorings, all of those.<br><br>Q. Did the video distinguish between preservatives and artificial preservatives?<br><br>A. It was talking about artificial. I believe it said artificial.<br><br>…<br><br>Q. And what is an artificial | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| preservative?<br><br>A. It's some kind of chemical substance they add to foods to make their -- how do you say – their shelf life longer.<br><br>Q. And what's your basis for that understanding?<br><br>THE WITNESS: The video said that information, that's where I got it from.<br><br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 70:19-71:1, 72:7-20, 75:14-25, and 76:1-9) (objections omitted). | |
| 30. Mr. Tovmasyan admitted that his knowledge of citric acid was based entirely on the two-minute video from social media.<br><br>Q. What is citric acid, Mr. Tovmasyan?<br><br>A. A type of preservative.<br><br>Q. What's your basis for understanding that it's a preservative? | |

- 19 -

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| THE WITNESS: The -- the video I saw.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 80:20-25) (objections omitted). | |
| 31. His understanding that citric acid was an artificial ingredient in the Products as a preservative was also solely formed from watching the online video.<br><br>    BY MS. REGAN:<br>    Q. Did the video say that it was always a preservative?<br>    A. I believe so, yes.<br>    Q. So the video didn't speak to the other uses of citric acid in food products; is that right?<br>    A. I don't think it did, just talked about that it's an additive of foods -- food items, and it's not healthy for the human body.<br>    Q. So you're not aware of the other reasons why citric acid might be used in food products? | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| A. No.<br><br>Q. Because you haven't researched beyond that video; is that right?<br><br>A. Yes.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 81:1-15.) | |
| 32. Mr. Tovmasyan testified he has not purchased the Spinach Artichoke Dip since realizing it contains citric acid as an ingredient.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 134:23-135:3.) | |
| 33. But Mr. Tovmasyan enthusiastically declared that he still genuinely enjoys spinach dip, especially from his favorite restaurant, Houston's. He testified:<br><br>Q. And have you looked into whether the Houston's spinach artichoke dip contains citric | |

- 21 -

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| acid?<br><br>A. No, I haven't.<br><br>Q. And would you stop purchasing it and going to Houston's and eating it if you knew that it did?<br><br>A. My love for this place will conquer it, I think.<br><br>Q. Your love for Houston's conquers all?<br><br>A. Yes.<br><br>Q. **Understood. So the citric acid wouldn't stop you as it relates to Houston (sic) and their spinach artichoke dip?**<br><br>A. I don't think so.<br><br>…<br><br>Q. So what you're desiring to eat is more important than the actual ingredients; is that fair?<br><br>THE WITNESS: Sometimes I do consider it. Like I said, like I'm not a super, super healthy person, so sometimes I will think about it, sometimes I | |

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| wouldn't and all the factors that take place. BY MS. REGAN: Q. And sometimes you just eat it because it tastes good; is that fair? A. Yeah. I'll eat specifically Houston's until I die. Hopefully, I live long. Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 138:5-18, 139:24 – 140:1-11) (emphasis added) (objections omitted). | |
| 34. Notwithstanding Mr. Tovmasyan learning that spinach dips and other consumer food products including strawberries, tomatoes, wine and cream cheese may contain citric acid, either as a preservative-acting ingredient or otherwise, he presently takes no steps to determine if other food products he purchases and ingests contain citric acid. | |

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep., 44:19-25; 79:8-24; 138:5-7; 139:2-16) (objections omitted). | |
| 35. For example, Mr. Tovmasyan testified as follows:<br>Q: And have you looked into whether the Houston's spinach artichoke dip contains citric acid?<br>A: No, I haven't.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep., 138:5-7; *see also id.* 138:23-139:1.) | |
| 36. By way of additional example, Mr. Tovmasyan testified:<br>Q: And earlier you were testifying about your usual order from In-N-Out Burger; do you recall that?<br>A :Yes.<br>Q: I'm forgetting what the burger was called, the double patty burger.<br>A: Flying dutchman.<br>Q: Flying dutchman, that's right. | |

- 24 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| Have you looked into whether the order from In-N-Out contains citric acid?<br><br>A: No, I haven't.<br><br>12 Q And if it did, would it stop you from purchasing the flying dutchman?<br><br>. . .<br><br>THE WITNESS: For In-N-Out, maybe, maybe not.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep., 139:2-16) (objections omitted). | |
| 37. Mr. Tovmasyan further testified that, after watching the video and learning about citric acid, his purchasing decisions are still based on many factors, not specifically citric acid.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 78:20-25) (objections omitted), 111:8-23, 113:20 – 114:5.) | |

- 25 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 38. For example, Mr. Tovmasyan testified a main factor in his food purchasing decisions is whether he is "gaining weight."<br><br>Q. How do you determine when you change your purchasing decisions based on citric acid? Do you continue eating products you really like, even if they have citric acid?<br>A. Well, I kind of base it off if I'm getting fat, like not specifically to citric acid, like my overall, my weight.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 94:1-7.) | |
| 39. Mr. Tovmasyan also testified that, to date, he is generally unconcerned about the ingredients in the products he purchases, testifying as follows:<br><br>Q But you're not consistently concerned about the ingredients in the | |

- 26 -

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| products you buy, even to this day; is that fair?<br><br>A No, consistently not.<br><br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 116:8-11.) | |
| 40. Mr. Tovmasyan further testified that he does not research whether food he purchases and/or consumers contains citric acid:<br><br><br>Q: Have you researched whether any of those ingredients contain citric acid?<br>A: No, I haven't.<br>Q: Have you researched whether any of those ingredients contain any other preservatives?<br>A: No, I have not.<br>Q: So since learning about citric acid in the two-minute video on social media, your purchasing decisions haven't changed; is that right?<br>. . . . | |

- 27 -

DEFENDANT TARGET CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No.: 2:25-cv-02314-MRA-KS

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| THE WITNESS: On occasions, not all the time.<br><br>Evidence: Johnson-Smith Decl., ¶ 13, Ex. L (Tovmasyan Dep. at 78:14-25) (objections omitted). | |

Date:  February 3, 2026

HAYNES AND BOONE, LLP

By: _Letitia Johnson-Smith_

Letitia Johnson-Smith
Attorneys for Defendant
TARGET CORPORATION

- 28 -