**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan (SBN 348491)
*valter@malkpogolaw.com*
Erik Pogosyan (SBN 345650)
*erik@malkpogolaw.com*
1241 S. Glendale Ave., Suite 204
Glendale, CA 91205
Tel: (818) 484-5204
Fax: (818) 824-5144

*Attorneys for Plaintiff Vigen Tovmasyan and the proposed class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,<br><br>          Defendants. | Case No. 2:25-CV-02314-MRA-KS<br><br>**NOTICE OF PLAINTIFF'S *EX PARTE* APPLICATION RE PLAINTIFF'S FIRST REQUEST TO AMEND THE SCHEDULING ORDER**<br><br>Hon. Monica R. Almadani |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiff Vigen Tovmasyan ("Plaintiff") hereby moves this Court on *ex parte* basis to modify the current scheduling order regarding Plaintiff's anticipated discovery and related deadlines. Plaintiff's counsel informed defendant, Target Corporation ("Defendant") on February 18, 2026 of Plaintiff's intent to seek the scheduling modification via this *ex parte* relief. Defendant intends to oppose Plaintiff's request. Declaration of Valter Malkhasyan ("VM Decl."), ¶¶ 14-17.) It is Plaintiff's understanding that Defendant does not believe that a modification of scheduling order is necessary. Defendant has been advised that any opposition to the *ex parte* application must be filed within one (1) court day from the date of filing of this instant *ex parte* application.

Pursuant L.R. 7-19, Counsel for Defendant is as follows:

**HAYNES AND BOONE, LLP**
Brent Owen
*Brent.Owen@haynesboone.com*
Daniel Lammie
*Daniel.Lammie@haynesboone.com*
Letitia Johnson-Smith
*Letitia.Johnson-Smith@haynesboone.com*
Allison Regan
*Allison.Regan@haynesboone.com*
600 Anton Blvd, Suite 700
Costa Mesa, CA 92626
Tel: (949) 202-3000

*Counsel for Defendant Target Corporation*

Malk & Pogo Law Group, LLP | 1241 S. Glendale Ave. Suite 204 | Glendale, CA 91205

1

NOTICE OF PLAINTIFF'S *EX PARTE* APPLICATION RE PLAINTIFF'S FIRST REQUEST TO AMEND THE SCHEDULING ORDER

Respectfully submitted,

Dated: February 19, 2026

**MALK & POGO LAW GROUP**

By: */s/ Valter Malkhasyan*
    Valter Malkhasyan, Esq.
    Erik Pogosyan, Esq.

*Counsel for Plaintiff and the proposed Class*

Malk & Pogo Law Group, LLP | 1241 S. Glendale Ave. Suite 204 | Glendale, CA 91205

2

NOTICE OF PLAINTIFF'S *EX PARTE* APPLICATION RE PLAINTIFF'S FIRST REQUEST TO AMEND THE SCHEDULING ORDER