# EXHIBIT 4 – PORTIONS OF DEFENDANT'S 30(B)(6) DEPOSITION TRANSCRIPT

THE WITNESS:  I don't know.

BY MR. MALKHASYAN:

Q.   What do you think the batch percentage represents?

MR. OWEN:  Objection; calls for speculation.

THE WITNESS:  The vendor provides the spec in order predominance.

BY MR. MALKHASYAN:

Q.   So your testimony is that other than the order of predominance, Target has no knowledge as to the quantity of each ingredient being in the product.  They just know that this one is more than this one, but it doesn't know how much?

MR. OWEN:   Objection; compound.

THE WITNESS:   I am saying that I do not know the exact percentage.

BY MR. MALKHASYAN:

Q.   Who would know?

A.   The vendor.

Q.   I thought previously you said that the vendor presented the specification sheet which has qualifications on all of the ingredients and all of the formulations?

MR. OWEN:  Objection; misstates prior testimony.

Deposition of PMK, Courtney Anne Jacobson

MR. OWEN:  Objection; misstates prior testimony.

THE WITNESS:  I am saying we know the order of predominance based on what the vendor has provided to Target.

BY MR. MALKHASYAN:

Q.  But Target does not know the quantity of each ingredient?

MR. OWEN:  Objection; misstates prior testimony.

THE WITNESS:  Target knows the order of predominance.

BY MR. MALKHASYAN:

Q.  But Target does not know the percentage -- the quantity of each ingredient?

A.  Correct.

H I N E S   R E P O R T E R S                    88