# EXHIBIT 5 – PORTIONS OF DEFENDANT'S 30(B)(6) DEPOSITION TRANSCRIPT

Deposition of PMK, Courtney Anne Jacobson

BY MR. MALKHASYAN:

Q.   And in that meeting to discuss with the vendor, did you ask them?

A.   I had asked you have artificial -- or you have the no artificial preservatives claim in the product -- in your specification and citric acid in your ingredient statement.   Please confirm the no artificial preservatives claim is accurate and truthful.

Q.   And what did they respond?

A.   They responded that the -- we can -- they continue to support the no artificial preservatives claim.

Q.   That was the end of discussion?

A.   Yes.

Q.   You did not ask based on what?

A.   We did not.

Q.   Who else was present during this meeting?

A.   It was an e-mail, not a meeting.

Q.   Who else was included in this e-mail?

A.   I don't recall.

MR. MALKHASYAN:   Brent, we would like to ask on record for discovery -- request for discovery of these e-mails that Ms. Jacobson is referencing.   We will also put it together in a written discovery, but just for the record.