**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan (SBN 348491)
*valter@malkpogolaw.com*
Erik Pogosyan (SBN 345650)
*erik@malkpogolaw.com*
1241 S. Glendale Ave., Suite 204
Glendale, CA 91205
Tel: (818) 484-5204
Fax: (818) 824-5144

*Counsel for Plaintiff Vigen Tovmasyan and the proposed class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02314-MRA-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED *EX PARTE* APPLICATION RE PLAINTIFF'S FIRST REQUEST TO AMEND SCHEDULING ORDER**<br><br>Hon. Monica R. Almadani |

## ORDER

Based on Plaintiff's *Ex Parte* Application regarding Plaintiff's First Request to Amend the Scheduling Order and for good cause shown, IT IS HEREBY ORDERED that the pending deadlines in the present Scheduling Order will be extended by sixty (60) days, as follows:

| EVENT | DATE |
|---|---|
| Expert Discovery Cut-Off | July 14, 2026 |
| Motion for Class Certification | June 30, 2026 |
| Expert Disclosure (Rebuttal) | June 30, 2026 |
| Expert Disclosure (Initial) | June 23, 2026 |
| Expert Class Certification Discovery Cut-Off | May 11, 2026 |
| Non-Expert Discovery Cut-Off | May 5, 2026 |

**IT IS SO ORDERED**.

Dated:_____          _____

Hon. Monica R. Almadani
United States District Judge

1