# EXHIBIT J

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

VIGEN TOVMASYAN, individually and on behalf of all others similarly situated,

                Plaintiff,      Case No.
                              2:25-cv-02314-MRA-KS

    vs.

TARGET CORPORATION, a corporation, and DOES 1-20, inclusive,

                Defendants.

_____

REMOTE VIDEOCONFERENCE

DEPOSITION OF COURTNEY ANNE JACOBSON

December 3, 2025

8:41 a.m.

WITNESS APPEARING REMOTELY IN

MINNEAPOLIS, MINNESOTA

REPORTED BY:

Lisa McGarry, CSR, RPR

CSR No. 13114

Ms. Jacobson, have you seen this before?

A.   Are you able to scroll through the document?

MR. MALKHASYAN:  Marianna, scroll slowly.  Go ahead.  Scroll down.  Down.  Keep scrolling.

Q.   Ms. Jacobson, does this document look at all familiar to you?

A.   It does.  I would like to see the entire document, but it does look familiar.

Q.   What is your understanding of the general purpose of this Notice?

A.   Can you scroll to the first question of the deposition.  Yes, under definition, so there are questions about the four Good & Gather dips as related to no artificial preservatives claim.

(Plaintiff's Exhibit 1 was

marked for identification

and is attached hereto.)

BY MR. MALKHASYAN:

Q.   Did you prepare for this deposition today?

A.   I did.

Q.   How did you prepare?

A.   I met with our attorney and our internal attorney to prepare.

Q.   When did you meet with them?

A.   We met four times briefly over the past five

weeks.

Q. Understood.

What documents have you reviewed in preparation for this deposition?

A. I don't know all of the specific names. I am happy to -- I believe we have reviewed most of them, but we have reviewed this document and the interrogatory that I have signed as well.

Q. Understood.

And what was your involvement in this lawsuit before the deposition today?

A. My involvement before the deposition was providing documents to our legal team to give to our attorney to give to you and signing the interrogatory.

Q. Understood.

Have you ever been arrested before?

A. I have not.

Q. And what is your current position for Target Corporation?

A. I am a senior scientist on the food safety, quality, and regulatory team within the compliance and labeling function.

Q. Understood.

Do you have any background or training in product development?

A. I do not.

Q. Do you have any background or training in business?

A. I do not.

Q. Do you have any background or training in marketing?

A. I do not.

Q. Have you had any previous jobs where a marketing was involved in your day-to-day responsibilities?

A. What aspects of marketing?

Q. Any aspect. So if you think some aspect of it involved marketing, I would be happy to know.

MR. OWEN: Objection to form. It is vague.

You can still answer.

THE WITNESS: Yeah. So I have involvement with the specification and labeling of our current products. I have been -- that is my experience.

BY MR. MALKHASYAN:

Q. Is it a specific line of products that you are in charge of or all Target products?

A. I support a handful of categories across the owned brand food assortment.

Q. Good & Gather is one of those categories?

A. Yes.

specific specifications are you reviewing, an example?

A.   Yeah.   So I review specifications for items in the categories that I support that have a specification update, a specification creation, a need for review for a specification.

Q.   Is part of your job to identify marketing needs?

A.   No.

Q.   Is part of your job to make sure that customers are willing to pay for a product?

A.   No.

Q.   Do you review whether certain words or representations should be placed on the label?

MR. OWEN:   Objection to form.   It is vague.

THE WITNESS:   I review content that the vendor provides us that ultimately does go on the label.

BY MR. MALKHASYAN:

Q.   And what is the review process like?

A.   The review process is, we have a specification, and we are reviewing the ingredient statement.   We're reviewing allergens, nutrition, product naming, net weight statements.   If there are any claims, we are reviewing that, as well as country of origin or any other labeling aspects, bioengineer disclosures, if required, we are reviewing that information in our

reviewing that the specification sheet says no artificial flavors, preservatives, or synthetic colors, and if it says that, then approved?

A.   If there are ingredients of question, we would work with our vendor to understand what those ingredients are and what they are used for in the product.

Q.   Were there any ingredients of question for these products?

A.   I don't remember.

Q.   Would you be able to pull that from your e-mails or internal documents?

MR. OWEN:  Objection to form and foundation.

THE WITNESS:  When the specification is turned over to my team, our product development team has already worked with the vendor to review this product and make sure that it meets requirements that the project plan for the desired outcomes that we were hoping to get from this project had been met.

BY MR. MALKHASYAN:

Q.   And what was the project plan for these products?

A.   I don't -- I don't remember.

Q.   What was the Target outcome you were trying to get from these products?