**MALK & POGO LAW GROUP, LLP**
Valter Malkhasyan (SBN 348491)
*valter@malkpogolaw.com*
Erik Pogosyan (SBN 345650)
*erik@malkpogolaw.com*
1241 S. Glendale Ave., Suite 204
Glendale, CA 91205
Tel: (818) 484-5204
Fax: (818) 824-5144

*Attorneys for Plaintiff Vigen Tovmasyan and the proposed class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGEN TOVMASYAN, individually and on behalf of all others similarly situated, | Case No. 2:25-CV-02314-MRA-KS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| TARGET CORPORATION, a corporation, and DOES 1-20, inclusive, | Hon. Monica R. Almadani |
| Defendants. | |

NOTICE OF SETTLEMENT

Plaintiff Vigen Tovmasyan ("Plaintiff") submits this Notice of Settlement and states as follows:

**WHEREAS**, Plaintiff and Defendant Target Corporation (collectively, the "Parties") to the above-entitled action have reached a settlement in principle which will dispose of this matter on an individual basis in its entirety with a service award to Plaintiff and payment towards Plaintiff's counsel's attorneys' fees, costs, and expenses incurred in this action;

**WHEREAS**, the challenged label attribute is no longer in use and thus, Plaintiff contends he achieved his primary litigation objective;

**WHEREAS**, within three (3) business days of receipt and clearance of the Settlement Sum, Plaintiff and his counsel will file a request for dismissal of his individual claims with prejudice, and without prejudice as to the putative claims of proposed class members.

Respectfully submitted,

Dated: February 25, 2026

**MALK & POGO LAW GROUP**

By: */s/ Valter Malkhasyan*
    Valter Malkhasyan, Esq.
    Erik Pogosyan, Esq.

*Counsel for Plaintiff and the proposed Class*

Malk & Pogo Law Group, LLP  |  1241 S. Glendale Ave. Suite 204  |  Glendale, CA 91205

1

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 1241 S. Glendale Ave Suite 204, Glendale, CA 91205.

On **February 25, 2026** (date of service), I served a copy of the following document(s) on the interested party(ies) and/or person(s) identified on the Service List in the manner set forth below.

Documents Served

**NOTICE OF SETTLEMENT**

Method of Service

☒   **BY EMAIL:**  I caused to be transmitted a true and correct copy of the foregoing document(s) via e-mail addressed to the interested party(ies)/person(s) as set forth on the attached Service List pursuant to law, local rules, court order, and/or agreement amongst said party(ies)/person(s) to accept service thereby.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 25, 2026**          */s/ Valter Malkhasyan*
                                             Valter Malkhasyan

Malk & Pogo Law Group, LLP  |  1241 S. Glendale Ave. Suite 204  |  Glendale, CA 91205

2
NOTICE OF SETTLEMENT

**SERVICE LIST**

**HAYNES AND BOONE, LLP**
Brent Owen
*Brent.Owen@haynesboone.com*
Daniel Lammie
*Daniel.Lammie@haynesboone.com*
Letitia Johnson-Smith
*Letitia.Johnson-Smith@haynesboone.com*
Allison Regan
*Allison.Regan@haynesboone.com*
600 Anton Blvd, Suite 700
Costa Mesa, CA 92626
Tel: (949) 202-3000

*Counsel for Defendant Target Corporation*

Malk & Pogo Law Group, LLP   |   1241 S. Glendale Ave. Suite 204   |   Glendale, CA 91205

3

NOTICE OF SETTLEMENT